# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## VASKO v. UNITED STATES
## NO. 2014-5014

## APPELLANT'S WITHDRAWAL OF HER INFORMAL BRIEF and APPELLANT'S CONTINUED REQUEST FOR EXTENSION OF TIME

Pursuant to the Order of the Court, December 11, 2013, Appellant responds in that she withdraws any and all matters regarding her Informal Brief, including within Appellant's Amendment to Notice of Appeal and Unopposed Motion for Extension of Time, sent overnight USPS to the Court, December 16, 2013. There is confusion in that Appellant thought she had to submit an Informal and a Formal Brief. After submitting to the Court her Informal Brief, which was not filed by the Court, sent overnight USPS, November 28, 2013, a copy sent to opposing counsel, Appellant asked opposing counsel if he would agree to an extension of time for Appellant to submit her [Formal] Brief, which he agreed December 2, 2013. This request for extension of time is unopposed and is timely in that it is before the original deadline for submitting the Formal Brief. A conflict arises in that opposing counsel has filed a motion for extension of time for his reply to Appellant's Informal Brief, which is now moot. Appellant has emailed opposing counsel informing him of the problem along with, of course, sending him a copy of this pleading. All during this case in the United States Court of Federal Claims Appellant/Plaintiff submitted extensive amounts of legal dissertation. Appellant thought that the Informal Brief was somewhat of a preliminary statement. Appellant's intent at all times is to file a Formal Brief. Wherefore, Appellant states her apology. Appellant has been suffering for an intense illness which contributed to her inability to

Carol Ann Vasko
1019 Franklin Road SE #24K
Marietta, Georgia 30067
770.948.9333
vaskov1248@gmail.com

discern the pro se rules. The confusion stems from excusable neglect and in no way was intended to corrupt the matters at hand. Appellant prays that the Court accepts her apology and set a new date for her Formal Brief.

December 23, 2013

Carol Ann Vasko

Carol Ann Vasko
1019 Franklin Road SE #24K
Marietta, Georgia 30067
770.948.9333
vaskov1248@gmail.com

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**VASKO v. UNITED STATES**
**NO. 14-5014**

**CERTIFICATE OF SERVICE**
**APPELLANT'S WITHDRAWAL OF HER INFORMAL BRIEF and**
**APPELLANT'S CONTINUED REQUEST FOR EXTENSION OF TIME**

I certify that on this date I served the foregoing pleading via US Mail to the following:

L. Misha Preheim
Trial Attorney
Civil Division
Commercial Litigation Branch
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC 20044

December 23, 2013

Carol Ann Vasko pro se
Carol Ann Vasko Pro Se

Carol Ann Vasko
1019 Franklin Road SE #24K
Marietta, Georgia 30067
770.948.9333
vaskov1248@gmail.com

Carol Ann Vasko
1019Franklin Road, #24K
Marietta, Georgia 30067
770 948 9333
vaskov1248@gmail.com

December 23, 2013

Clerk of Court
United States Court of Appeals of the Federal Circuit
717 Madison Place, NW
Washington, DC 20005

RE: NO. 14-5014 Vasko v. United States

Clerk of Court:

Enclosed find the following:

1. An original and three copies of APPELLANT'S WITHDRAWAL OF HER INFORMAL BRIEF and APPELLANT'S CONTINUED REQUEST FOR EXTENSION OF TIME;

2. An original and three copies of the CERTIFICATE OF SERVICE; and

3. A stamped self address envelope for which to return to me a stamped filed copy of the top page of each pleading which I have also enclosed.

Sincerely,

Carol Ann Vasko

cc: Attorney Preheim